1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CABN 154284)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, CA 94102
        Telephone: 415.436.6816
7       Facsimile: 415.436.7234
        Email: stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )
                                      )  No.  CV 12-2248 TEH
14                      Plaintiff,    )
                                      )  UNITED STATES' REQUEST TO CONTINUE
15          v.                        )  CASE MANAGEMENT CONFERENCE AND
                                      )  [~~PROPOSED~~] ORDER
16 $25,000 IN UNITED STATES           )
   CURRENCY,                          )
17                                    )
                        Defendant.    )
18 _____    )

19

20      The United States of America, plaintiff, hereby requests a continuance of the Case Management

21 Conference, presently scheduled for Monday, August 27, 2012, be continued for approximately 90 days,

22 or as soon thereafter as the Court can hear this matter.  Plaintiff requests this continuance as no person

23 has filed a claim.  Additionally, the Clerk of the Court entered a default as to the *in rem* defendant on

24 July 19, 2012 and a Motion for Default Judgment is due to be heard before this Court on September 24,

25 2012 at 10:00 a.m.

26 Dated: 8/21/12                          Respectfully submitted,

27                                         MELINDA HAAG
                                           United States Attorney
28
                                                  /S/

                                           STEPHANIE M. HINDS
                                           Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

The case management conference currently scheduled for Monday August 27, 2012, is hereby vacated. The matter is to be continued until _____November 26_____, 2012.

Dated: 08/22/2012

_____
THELTON E. HENDERSON
United States District Judge

*Judge Thelton E. Henderson*