MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.6816
   Facsimile: 415.436.7234
   Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $25,000 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV 12-2248 TEH <br><br> UNITED STATES' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |

   The United States of America, plaintiff, hereby requests a continuance of the Case Management Conference, presently scheduled for Monday, August 27, 2012, be continued for approximately 90 days, or as soon thereafter as the Court can hear this matter. Plaintiff requests this continuance as no person has filed a claim. Additionally, the Clerk of the Court entered a default as to the *in rem* defendant on July 19, 2012 and a Motion for Default Judgment is due to be heard before this Court on September 24, 2012 at 10:00 a.m.

Dated: 8/21/12                              Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                                  /S/

                                            STEPHANIE M. HINDS
                                            Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

The case management conference currently scheduled for Monday August 27, 2012, is hereby vacated. The matter is to be continued until _____November 26___, 2012.

Dated: 08/22/2012

_____
THELTON E. HENDERSON
United States District Judge

*Judge Thelton E. Henderson*