1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CV 12-2248 TEH |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR DEFAULT JUDGMENT |
| v. ) | |
| ) | |
| $25,000 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UPON CONSIDERATION** of the motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this 24th day of September, 2012,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against

$25,000 in United States Currency

IT IS FURTHER ORDERED that the above-captioned and *in rem* defendant be, and hereby is, condemned and forfeited to the United States, and that all right, title and interest in said property be and hereby is vested in the United States of America;

1   IT IS FURTHER ORDERED that the appropriate government agency shall, in
2   accordance with law, dispose of the forfeited defendant according to law.

4   Date: 9/24/2012

    _____
    THELTON E. HENDERSON
    United States District Judge